THE EMPIRE STATE SAVINGS BANK, Respondent, *v.* DANIEL C. BEARD et al., Appellants.

(Submitted January 18, 1897; decided January 26, 1897.)

MOTION for reargument denied, with costs. (See 151 N. Y. 638.)

SOPHIA QUIGLEY, Respondent, *v.* THE CITY OF ROCHESTER, Appellant.

(Submitted January 18, 1897; decided January 26, 1897.)

MOTION for reargument denied, with ten dollars costs. (See 151 N. Y. 626.)

In re Application of JAMES CROOKE McLEER.

(Decided January 26, 1897.)

APPLICATION by a law student, for an order permitting him to file his regents' certificate *nunc pro tunc* as of a date prior to the completion of his regents' examination.

Application denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN E. SALISBURY, Respondent.

*People* v. *Salisbury*, 2 App. Div. 39, affirmed.
(Argued January 18, 1897; decided February 2, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1896, which affirmed a judgment in favor of defendant, entered upon a verdict in an action to recover a penalty under section 37, chapter 338, Laws of 1893, and also affirmed an order denying a motion for a new trial.

*Charles D. Thomas* for appellant.

*J. W. Rayhill* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.